MICHELLE B. POWERS (SBN 250335)
PUNAM P. GREWAL (SBN 231524)
**Powers Grewal, PLC**
2400 East Katella, Ste 800
Anaheim, CA 92806
Phone: (909) 243-2239
Facsimile: (888) 505-3353
Email: powersgrewal@gmail.com

DAVID GRECO (SBN 299635)
SCOTT E. RAHN (SBN 222528)
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444
Email: hello@rmolawyers.com

Attorneys for Plaintiff
C.Q., a minor, by Guardians Ad Litem
SAKU QUEZADA and PABLO QUEZADA

MOLLY THURMOND (SBN 104973)
DEBORAH R.G. CESARIO (SBN 166263)
**HATCH & CESARIO**
10531 4S Commons Drive, Suite 583
San Diego, CA 92127
Phone: (858) 943-4200
Facsimile: (858) 943-4200
Email: molly@hatchcesario-sd.com
Email: debbie@hatchcesariolaw.com

Attorneys for Defendant
RIVER SPRINGS CHARTER SCHOOL

JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT

1

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SAKU AND PABLO QUEZADA, PARENT(S) ON BEHALF OF CASSANDRA QUEZADA, STUDENT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPRINGS CHARTER SCHOOLS (A.K.A. RIVER SPRINGS CHARTER SCHOOLS),<br><br>　　　　Defendant. | Case No.: 5:18-cv-01017-SJO-SHK<br><br>JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT |

　　　　Pursuant to the Court's Minute Order dated March 15, 2019, the parties hereto submit a Joint Report regarding Status of Settlement as follows:

　　　　The parties are intent on finalizing settlement of this matter but have to date been unable to finalize the terms and conditions of settlement because of several underlying minor issues which must be addressed.  The parties continue to work toward finalizing the agreement and expect to have a final executed agreement within thirty days.  Accordingly, the parties request that this Court continue the May 13, 2019, hearing date until June 10, 2019, or as soon thereafter as it may be heard, which hearing will be vacated if the appropriate dismissal is filed prior to that date.

/ / /

/ / /

/ / /

| | | | |
|---|---|---|---|
| 1 | Respectfully submitted: | | |
| 2 | | | |
| 3 | | | **RMO LLP** |
| 4 | | | |
| 5 | Date: May  3,  2019 | By: | /s/ David Greco |
| | | | DAVID GRECO, Esq. |
| 6 | | | SCOTT E. RAHN, Esq. |
| 7 | | | Attorneys for Plaintiff |
| 8 | | | |
| | | | **HATCH & CESARIO** |
| 9 | | | |
| 10 | Date: May  3,  2019 | By: | /s/ Deborah R. G. Cesario |
| 11 | | | MOLLY E. THURMOND, Esq. |
| | | | DEBORAH R.G. CESARIO, |
| 12 | | | Esq. |
| 13 | | | Attorneys for Defendant |